# Criminal Case Cover Sheet                                                              U.S. District Court

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Superseding Indictment: | Criminal Number: 2:15cr 130 |
| County/Parish: | Same Defendant: | New Defendant: Adam Cain |
| | Magistrate Judge Case Number: 2:15mj491 | Arraignment Date: |
| | Search Warrant Case Number: | Please issue a notice of arraignment for October 14, 2015 at 9:00 a.m. in Norfolk. |
| | R 20/R 40 from District of _____ . | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI#: 134041XA8 | | | |
|---|---|---|---|---|
| Defendant Name: Adam Cain | | | Alias Name(s): | |
| Address: N/A | | | | |
| Employment: N/A | | | | |
| Birth Date: 1974 | SS#: xxx-xx-1719 | Sex: M | Race: White | Nationality: | Place of Birth: |
| Height: 5'9" | Weight: 248lbs | Hair: Bald | Eyes: Blue | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | | |

## Location Status:

| Arrest Date: | | |
|---|---|---|
| ☒ Already in Federal Custody as of: 09/02/2015  in:  EDVA . | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: Rodolfo Cejas II | ☐ Court Appointed |
|---|---|
| Address: 150 Boush Street, Suite 403  Norfolk, VA 23510 | ☐ Retained |
| Telephone: (757) 457-0800 | ☒ Public Defender |

## U.S. Attorney Information:

| AUSA: Elizabeth M. Yusi | Telephone No. 757-441-6331 | Bar #: |
|---|---|---|

## Complainant Agency, Address & Phone Number or Person & Title:

| Federal Bureau of Investigation, 509 Resource Row, Chesapeake, VA 23320 |
|---|

## U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2251(a) | Production of Child Pornography | 1 | Felony |
| Set 2 | 18 U.S.C. § 2423(a) | Transportation of Minors | 2 | Felony |
| Set 3 | 18 U.S.C. § 2422(b) | Coercion and Enticement | 3 | Felony |

(May be continued on reverse)

| Defendant's Name: | Adam Cain |
|---|---|
| District Court Case Number (To be filled in by Deputy Clerk): | 2:15cr |

## U.S.C. Citations (continued)

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 4 | 18 U.S.C. § 2260A | Penalty for Registered Sex Offenders | 4 | Felony |
| Set 5 | 18 U.S.C. §§ 2253 and 2428 | Criminal Forfeiture | | Forfeiture |
| Set 6 | | | | |
| Set 7 | | | | |
| Set 8 | | | | |
| Set 9 | | | | |
| Set 10 | | | | |
| Set 11 | | | | |
| Set 12 | | | | |
| Set 13 | | | | |
| Set 14 | | | | |
| Set 15 | | | | |
| Set 16 | | | | |
| Set 17 | | | | |
| Set 18 | | | | |
| Set 19 | | | | |
| Set 20 | | | | |
| Set 21 | | | | |
| Set 22 | | | | |
| Set 23 | | | | |
| Set 24 | | | | |
| Set 25 | | | | |
| Set 26 | | | | |
| Set 27 | | | | |
| Set 28 | | | | |
| Set 29 | | | | |
| Set 30 | | | | |